IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-57-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| TYRELL DEVON LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motions for early termination of supervised release (DE 5) and for permission to travel (DE 8). The government responded in support of early termination of supervised release and in this posture the issues raised are ripe for ruling.

Having considered the motion for early termination under the governing standard, defendant's motion is GRANTED. The court commends defendant for his record of achievement in the community and wishes him continued good success as he moves past his prior criminal conduct.

Defendant's term of supervised release is hereby TERMINATED. The clerk shall serve a copy of this order on defendant personally, and transmit same to United States Probation by electronic mail. The clerk is DIRECTED to terminate as moot defendant's motion for permission to travel (DE 8) where such authorization is no longer necessary.

SO ORDERED, this the 22nd day of April, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge